No. 10–6594.  HENRIKSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–6596.  HENDERSON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 10–6597.  RODGERS *v.* UNITED STATES;
No. 10–6750.  ARCENEAUX *v.* UNITED STATES; and
No. 10–6808.  WILLIAMS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–6598.  SHIPP *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 10–6602.  PICKETT *v.* ROLLINS, DEPUTY WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 10–6604.  SULLIVAN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–6606.  STEPHENS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–6610.  TERRELL *v.* BERGHUIS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–6628.  COX *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–6629.  DuBOSE *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 10–6630.  AVELAR CASTRO, AKA AVELAR-CASTRO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–6631.  ESPINOSA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–6632.  CAMPBELL ET UX. *v.* UNITED STATES ET AL. C. A. 3d Cir.  Certiorari denied.

No. 10–6636.  BARRON-LOPEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.